IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN T. DORWARD,<br><br>Defendant. | No.  3:24-po-0176-DMC-1<br><br>Citation #: F5450501<br><br>ORDER |

    This action was dismissed on the government's request on November 22, 2024. See ECF No. 7 (minute order).  The Court has been informed that payment in this case for citation no. F5450501 was made on Defendant's behalf prior to the dismissal order being entered on the docket.  Accordingly, the Central Violations Bureau is directed to refund to Defendant the amount of $180.00.

    IT IS SO ORDERED.

Dated:  November 25, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1